## IN THE UNITED STATES BANKRUPTCY COURT
### Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-34562 |
| Sandra D. Brice } | |
| } | Chapter 13 |
| } | |
| **Debtor** } | |

## ORDER

Upon Debtor's Objection to priority Claim Number 10 filed on March 4, 2014, by the Michigan Department of Treasury in the amount of $547.19 and the Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Debtor's Objection is hereby **SUSTAINED** and Claim Number 10 filed by the Michigan Department of Treasury is disallowed.

A copy of this Order is mailed to the Debtor, Counsel for  Debtor, the Trustee, and to all scheduled creditors and parties in interest.

Submitted by:

Vanessa A. Robinson
Julie Ann O'Bryan
Counsel for Debtor
O'Bryan Law Offices, PSC
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
vanessa@obryanlawoffices.com

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: December 11, 2014