3961 (Rev. 11-13)



RICK SNYDER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

NICK A. KHOURI
STATE TREASURER

**FILED**

APR 17 2018

U. S. Bankruptcy Court
Western District of Kentucky

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**

In re:

Sandra D Brice
11728 Tazwell Court, APT.D
Louisville, KY 40245

Case No. 13-34562
Chapter 13
Hon. Alan C. Stout

Debtor

## WITHDRAWAL OF REQUEST FOR
## PAYMENT OF UNSECURED EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of Unsecured expense (12-1) in the amount of $446.50, dated herein on 3/3/14.

*Sandra M. Braun*
Sandra M. Braun
Departmental Technician
Office of Collections/Bankruptcy