3961 (Rev. 11-13)



RICK SNYDER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING



NICK A. KHOURI
STATE TREASURER

FILED

APR 17 2018

U. S. Bankruptcy Court
Western District of Kentucky

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In re:

Sandra D Brice
11728 Tazwell Court, APT.D
Louisville, KY 40245

Case No. 13-34562
Chapter 13
Hon. Alan C. Stout

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF PRIORITY EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of Priority expense (10-1) in the amount of $547.19, dated herein on 2/17/14 as was replaced by Amended Priority expense (12-1).

Sandra M. Braun
Departmental Technician
Office of Collections/Bankruptcy